Reuben D. Nathan, Esq. (SBN 208436)
rnathan@nathanlawpractice.com
**NATHAN & ASSOCIATES, APC**
2901 West Coast Highway, Suite 200
Newport Beach, California 92663
Telephone: (949) 270-2798
Facsimile: (949) 209-0303

Matthew Righetti, Esq. (SBN 121012)
matt@righettilaw.com
John Glugoski, Esq. (SBN 191551)
jglugoski@righettilaw.com
**RIGHETTI GLUGOSKI, PC**
220 Halleck Street, Suite 220
San Francisco, California 94129
Telephone:  (415) 983-0900
Facsimile:   (415) 397-9005

Attorneys for Plaintiff, JOE KINDER and the Proposed Class

(Additional Counsel on Next Page)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE KINDER, as an individual on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiff,<br>v.<br><br>DJI TECHNOLOGY, INC.; SZ DJI TECHNOLOGY CO., LTD.<br><br>Defendants. | Case No.: 3:21-cv-01791-AJB-MSB<br><br>Hon. Anthony J. Battaglia<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1
**NOTICE OF VOLUNTARY DISMISSAL**

John Christian Bohren (SBN: 295292)
yanni@bohrenlaw.com
**BOHREN LAW, APC**
P.O. Box 12174
San Diego, California 92112-3174
Telephone: (619) 433-2803
Facsimile: (800) 867-6779

Attorneys for Plaintiff, JOE KINDER and the Proposed Class

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Joe Kinder hereby dismisses the above-entitled action, without prejudice against Defendants, DJI Technology, Inc. and SZ DJI Technology Co., LTD.

Dated: December 20, 2021

NATHAN & ASSOCIATIONS, APC

By: *Reuben D. Nathan*
Reuben D. Nathan
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing through the Court's CM/ECF system upon all counsel registered with that system.

DATED: December 20, 2021              By: /s/ Reuben D. Nathan
                                      Reuben D. Nathan